UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSHUA EARLY, ET AL.                              CIVIL ACTION

VERSUS                                            NUMBER: 05-3962

MARLIN GUSMAN, SHERIFF OF ORLEANS, ET AL.         SECTION: "R"(3)


O R D E R

The Court, having considered the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** for failure to prosecute.

New Orleans, Louisiana, this 10th day of July, 2006.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE